UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| SHARON PRATT-HOUFF,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE, Comm.,<br>Social Security Administration,<br><br>　　　　　Defendant, | ) CV 09-5454-JFW (SH)<br>)<br>) ORDER ADOPTING REPORT<br>) AND RECOMMENDATION OF<br>) UNITED STATES MAGISTRATE<br>) JUDGE<br>)<br>)<br>)<br>)<br>)<br>) |

　　　Pursuant to 28 U.S.C. §636(b)(1)(B), the Court has reviewed the pleadings and other papers herein along with the attached Report and Recommendation of United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.

　　　IT IS ORDERED that (1) the Report and Recommendation is approved and adopted as the Fact and Conclusions of Law herein; (2) that the decision of the Commissioner is reversed and remanded for further Proceedings, pursuant to

1  Sentence 4 of U.S.C. §405(g).
2      IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of
3  this Order and the Judgment of this date on the Plaintiff and on the United States
4  Attorney.
5  DATED: August 23, 2010

                              _____
                                       JOHN F. WALTER
                              UNITED STATES DISTRICT JUDGE