UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| SHARON PRATT-HOUFF,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. CV 09-5454-JFW-(SH)<br><br>JUDGMENT |

IT IS ADJUDGED that Judgment is entered in favor of plaintiff, the decision of the Commissioner is reversed and remanded pursuant to Sentence 4 of 42 U.S.C. § 405(g).

DATED: August 23, 2010

*[signature]*

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE